# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

June 16, 2015

**Via CM/ECF**
Honorable Alison J. Nathan
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 1000

**RE:  Case No. 15-CV-01002, Sandro Ordonez, et al. v. Nemisio Ordonez d/b/a Dyckman Liquor Inc.**

Dear Judge Nathan,

     Our office represents Plaintiff Sandra Ordonez, in the above referenced matter. This letter is to respectfully request an adjournment on consent of the initial pretrial conference currently scheduled at June 18, 2015 at 10:00 a.m. to July 17, 2015, July 24, 2015 or July 31, 2015. The reason I submit this request is because I will be out of state and unable to appear on the scheduled date.

     The Defendant has consented to this adjournment request. Parties have agreed to explore settlement possibilities prior to the Status Conference.

     We sincerely apologize for any and all inconvenience to the Court. Should your Honor have any questions, please feel free to contact our office.

Respectfully Submitted,

Lawrence Morrison, Esq.
LFM/am


CC: Jonathan Weinberger Esq., Counsel to Defendant via ECF